UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIDELITY BROKERAGE
SERVICES LLC, a limited
liability company,

                              NO. CIV. S-12-01608 MCE/CKD

        Plaintiff,

   v.

ERIC SAVELL, an
individual,

        Defendant.
_____/

    Plaintiff seeks a Temporary Restraining Order (TRO) to enjoin defendant, alleged to be a former employee, from taking and using plaintiff's customer lists and other customer information, from soliciting plaintiff's customers, and to affirmatively require defendant to return materials to it.  The court has no papers or other communication from defendant, and will not rule on the application until it is satisfied that defendant has had an opportunity to respond and be heard.

////

////

1

1  This matter is now **SET** for hearing on Tuesday, June 19, 2012
2 at 3:00 p.m. in Courtroom Four of the undersigned judge.[1]
3  Plaintiff is **ORDERED** to serve this order forthwith upon
4 defendant's counsel, if known, or upon defendant, if counsel is
5 unknown.  Service must be accomplished by electronic mail **and** any
6 other means (for example, hand delivery), designed to ensure that
7 defendant is notified of the hearing no later than 5:00 p.m. today
8 (Friday, June 15, 2012).
9  Defendant shall have until 3:00 p.m. on Monday, June 18, 2012,
10 to file an opposition to plaintiff's TRO application.
11  IT IS SO ORDERED.
12  DATED:  June 15, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This matter is being handled by the undersigned judge because the assigned judge is unavailable at this time.