| | |
|---|---|
| 1 | Edward S. Zusman (SBN 154366) |
| 2 | ezusman@mzclaw.com<br>**MARKUN ZUSMAN & COMPTON LLP** |
| 3 | 465 California Street, 5th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 438-4515<br>Facsimile:  (415) 434-4505 |
| 5 | *Attorneys for Defendant ERIC SAVELL* |
| 6 | |
| 7 | M. Taylor Florence<br>tflorence@lockelord.com |
| 8 | Krista J. Dunzweiler<br>kdunzweiler@lockelord.com |
| 9 | LOCKE LORD LLP<br>500 Capitol Mall, Suite 1800 |
| 10 | Sacramento, CA  95814<br>Phone: (916) 930-2582 |
| 11 | Fax: (916) 930-2501 |
| 12 | Jennifer A. Kenedy (*pro hac vice application pending*) |
| 13 | jkenedy@lockelord.com<br>LOCKE LORD LLP |
| 14 | 111 South Wacker Drive<br>Chicago, IL  60606-4410 |
| 15 | Phone:  (312) 443-0700 |
| 16 | Fax: (312) 443-0336 |
| 17 | *Attorneys for Plaintiff* |
| 18 | *FIDELITY BROKERAGE SERVICES LLC* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, a limited liability company,<br><br>                    Plaintiff,<br><br>         v.<br><br>ERIC SAVELL, an individual,<br><br>                    Defendant. | **CASE NO.:  2:12-cv-01608-MCE-CKD**<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING FINRA ARBITRATION PROCEEDINGS; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their

**STIPULATION TO STAY PROCEEDINGS PENDING FINRA ARBITRATION PROCEEDINGS; ORDER**
**(CASE NO. 2:12-cv-01608-MCE-CKD)**

counsel as follows:

1.  WHEREAS, Plaintiff Fidelity Brokerage Services LLC ("Plaintiff") filed this action on June 14, 2012 against Defendant Eric Savell ("Defendant");

2.  WHEREAS, Plaintiff initiated arbitration proceedings in FINRA against Defendant on same day which addresses the same subject matter at issue in this action;

3.  WHEREAS the court ordered the parties to proceed to arbitration on or about June 19, 2012;

4.  WHEREAS, Plaintiff and Defendant are currently participating in FINRA arbitration proceedings;

5.  WHEREAS, the parties anticipate that the FINRA arbitration proceedings is likely to resolve most, if not all, of the issues involved in this action;

IT IS HEREBY STIPULATED TO AND BETWEEN THE PARTIES AS FOLLOWS:

That this action be stayed pending the resolution of the FINRA arbitration proceedings between the parties.

IT IS SO STIPULATED

Dated: July 26, 2012

MARKUN ZUSMAN & COMPTON LLP

By: _____
EDWARD S. ZUSMAN
Attorneys for Defendant ERIC SAVELL

1 | Dated: August 13, 2012

LOCKE LORD LLP

By: _____
KRISTA J. DUNZWEILER
JENNIFER A. KENEDY
Attorneys for Plaintiff FIDELITY
BROKERAGE SERVICES LLC.

IT IS SO ORDERED.  The Clerk of the Court is directed to administratively close this Case, and the parties are ordered to file a Joint Status Report not later than ninety (90) days after the date on which this Order is electronically filed.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE