| | |
|---|---|
| 1 | Edward S. Zusman (SBN 154366) |
| 2 | ezusman@mzclaw.com<br>**MARKUN ZUSMAN & COMPTON LLP** |
| 3 | 465 California Street, 5th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 438-4515<br>Facsimile:  (415) 434-4505 |
| 5 | *Attorneys for Defendant ERIC SAVELL* |
| 6 | |
| 7 | M. Taylor Florence<br>tflorence@lockelord.com |
| 8 | Krista J. Dunzweiler<br>kdunzweiler@lockelord.com |
| 9 | LOCKE LORD LLP<br>500 Capitol Mall, Suite 1800 |
| 10 | Sacramento, CA  95814<br>Phone: (916) 930-2582 |
| 11 | Fax: (916) 930-2501 |
| 12 | Jennifer A. Kenedy (*pro hac vice application pending*) |
| 13 | jkenedy@lockelord.com<br>LOCKE LORD LLP |
| 14 | 111 South Wacker Drive<br>Chicago, IL  60606-4410 |
| 15 | Phone:  (312) 443-0700 |
| 16 | Fax: (312) 443-0336 |
| 17 | *Attorneys for Plaintiff* |
| 18 | *FIDELITY BROKERAGE SERVICES LLC* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, a limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC SAVELL, an individual,<br><br>        Defendant. | CASE NO.:  2:12-cv-01608-MCE-CKD<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING FINRA ARBITRATION PROCEEDINGS; ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their

**STIPULATION TO STAY PROCEEDINGS PENDING FINRA ARBITRATION PROCEEDINGS; ORDER**
**(CASE NO. 2:12-cv-01608-MCE-CKD)**

counsel as follows:

1. WHEREAS, Plaintiff Fidelity Brokerage Services LLC ("Plaintiff") filed this action on June 14, 2012 against Defendant Eric Savell ("Defendant");

2. WHEREAS, Plaintiff initiated arbitration proceedings in FINRA against Defendant on same day which addresses the same subject matter at issue in this action;

3. WHEREAS the court ordered the parties to proceed to arbitration on or about June 19, 2012;

4. WHEREAS, Plaintiff and Defendant are currently participating in FINRA arbitration proceedings;

5. WHEREAS, the parties anticipate that the FINRA arbitration proceedings is likely to resolve most, if not all, of the issues involved in this action;

IT IS HEREBY STIPULATED TO AND BETWEEN THE PARTIES AS FOLLOWS:

That this action be stayed pending the resolution of the FINRA arbitration proceedings between the parties.

IT IS SO STIPULATED

Dated: July 26, 2012

MARKUN ZUSMAN & COMPTON LLP

By: _____
EDWARD S. ZUSMAN
Attorneys for Defendant ERIC SAVELL

| | | |
|---|---|---|
| 1 | Dated: August 13, 2012 | LOCKE LORD LLP |
| 2 | | |
| 3 | | By: _____<br>KRISTA J. DUNZWEILER |
| 4 | | JENNIFER A. KENEDY<br>Attorneys for Plaintiff FIDELITY |
| 5 | | BROKERAGE SERVICES LLC. |

7    IT IS SO ORDERED. The Clerk of the Court is directed to administratively

8 close this Case, and the parties are ordered to file a Joint Status Report not later than

9 ninety (90) days after the date on which this Order is electronically filed.

10 Dated: August 23, 2012

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE