M. Taylor Florence (SBN 159695)
tflorence@lockelord.com
Krista J. Dunzweiler (SBN 227384)
kdunzweiler@lockelord.com
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Phone: (916) 930-2582
Fax: (916) 930-2501

Jennifer A. Kenedy (admitted *pro hac vice*)
jkenedy@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Phone:  (312) 443-0700
Fax: (312) 443-0336

Attorneys for Plaintiff
FIDELITY BROKERAGE SERVICES LLC

Jeffrey K. Compton (SBN 142969)
jcompton@mzclaw.com
Oriet Cohen-Supple (SBN 206781)
ocohen@mzclaw.com
**MARKUN ZUSMAN FRENIERE& COMPTON LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile:  (415) 434-4505

Attorneys for Defendant Eric Savell

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, a limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC SAVELL, an individual,<br><br>    Defendant. | CASE NO. 2:12-cv-01608-MCE-CKD<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE AND STIPULATED REQUEST FOR DISMISSAL;  ORDER OF DISMISSAL** |

1

1  Plaintiff Fidelity Brokerage Services, LLC's ("Fidelity"), through its counsel, M. Taylor
2  Florence, and Defendant Eric Savell ("Savell"), through his counsel of record, Jeffrey K. Compton
3  hereby agree and stipulate as follows:
4  WHEREAS, the dispute between the parties resolved through informal and confidential
5  resolution on or about October 25, 2012 pursuant to which Fidelity was to dismiss this action against
6  Savell in consideration for mutual promises and releases made by both parties, following the entry of
7  a Stipulated Award by FINRA;
8  WHEREAS, FINRA issued the Stipulated Award on or about December 20, 2012; and
9  WHEREAS, due to an administrative oversight, Fidelity did not request an order dismissing
10 the action following the issuance of the Stipulated Award.
11 IT IS HEREBY REQUESTED THAT the Complaint on file in this action and all claims for
12 relief be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), each
13 party to bear their own fees and costs.

Dated: February 6, 2014          LOCKE LORD LLP

                                 */s/ M. Taylor Florence*
                                 By:_____
                                   M. Taylor Florence
                                   Attorney for Plaintiff
                                   FIDELITY BROKERAGE SERVICES LLC

Dated: February 6, 2014          MARKUN ZUSMAN FRENIERE & COMPTON LLP

                                 */s/ Jeffrey K. Compton*
                                 By:_____
                                   Jeffrey K. Compton
                                   Attorney for Defendant
                                   ERIC SAVELL

**ORDER**

IT IS HEREBY ORDERED that the Complaint and any all claims for relief of Plaintiff FIDELITY BROKERAGE SERVICES LLC in Case No. 2:12-cv-01608-MCE-CKD filed in the U.S. District Court for the Eastern District of California are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure Rule 41(a), each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Locke Lord LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814